1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

BRANBAR, LLC,

NO. 16-CV-00842-RSL

Plaintiff,

10

**STIPULATED MOTION TO
ALLOW DEPOSITION OF
PLAINTIFF'S EXPERT WITNESS
AFTER DISCOVERY DEADLINE**

v.

11

FIRST AMERICAN TITLE INSURANCE
COMPANY,

12

Defendant.

13

14      Pursuant to Fed. R. Civ. P. 29, LR 7(d)(1) and LR 10(g), the parties hereby stipulate to

15   and move the Court for an Order allowing defendant to take the deposition of plaintiff's

16   expert witness, Bruce J. Dodds, on Friday, March 3, 2017, which is after the current

17   February 21, 2017 discovery deadline.  Plaintiff's expert witness's office is located in

18   Washington, but has been engaging in prolonged travel without any dates available to sit for a

19   deposition in Washington State prior to the close of discovery.  The parties' counsel have met

20   and conferred with each other, and plaintiff's counsel has informed defendant that the earliest

21   availability for an in-person deposition in Washington State is March 3, 2017.  No other

22   deadlines are being requested to be amended, and no other discovery is being requested to

23   take place after the February 21, 2017 deadline.  Extending the discovery deadline for this

24   single deposition is justified because otherwise defendant and plaintiff would potentially have

25

26

STIPULATED MOTION TO ALLOW DEPOSITION OF
PLAINTIFF'S EXPERT WITNESS AFTER DISCOVERY
DEADLINE - 1
1435682.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1  to bear the unnecessary expense of out-of-state travel to conduct the deposition of an expert

2  witness whose place of business is Medina, Washington.

3        For the reasons identified above, the parties stipulate to allowing the deposition of

4  Bruce J. Dodds of Dodds Consulting Engineers, Inc. P.S. to be taken by defendant on

5  March 3, 2017 after the close of discovery.

6        DATED this 14th day of February, 2017.

7

8

9  */s/ Robert M. Crowley*
   Jonah Harrison, WSBA #34576
                                                                */s/ Teruyuki S. Olsen*

   Robert M. Crowley, WSBA #37953          Teruyuki S. Olsen, WSBA #40855

10 Attorneys for Plaintiff                              Attorneys for Defendant
   Impact Law Group PLLC                      RYAN, SWANSON & CLEVELAND, PLLC

11 1325 4th Avenue, Suite 1400                   1201 Third Avenue, Suite 3400
   Seattle, WA  98101                           Seattle, Washington  98101-3034

12 jonah@impactlawgroup.com                 olsen@ryanlaw.com
   rob@impactlawgroup.com

13

14       IT IS SO ORDERED this 14th day of February, 2017.

15

16

17

18                                     Robert S. Lasnik

19                                     United States District Judge

20

21

22

23

24

25

26


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359