The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANBAR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | NO. 16-CV-00842-RSL<br><br>**STIPULATED MOTION FOR ORDER TO DISMISS WITH PREJUDICE**<br><br>Note on Calendar: April 14, 2017 |

## STIPULATION

The parties have reached a settlement in this matter. Pursuant to LR 7(d)(1) and 10(g), the above-entitled matter may be dismissed with prejudice and without costs or attorneys' fees to either party.

DATED this 13th day of April, 2017.

| | |
|---|---|
| s/ *Robert M. Crowley*<br>Jonah Harrison, WSBA #34576<br>Robert M. Crowley, WSBA #37953<br>Attorneys for Plaintiff<br>IMPACT LAW GROUP PLLC<br>1325 Fourth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (206) 792-5230<br>jonah@impactlawgroup.com<br>rob@impactlawgroup.com | s/ *Teruyuki S. Olsen*<br>Teruyuki S. Olsen, WSBA #40855<br>Attorneys for Defendant<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington 98101-3034<br>Telephone: (206) 464-4224<br>olsen@ryanlaw.com |

STIPULATED MOTION FOR ORDER TO DISMISS WITH PREJUDICE - 1

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1463648.01

# ORDER

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without cost or attorneys' fees to be awarded to either party; and the Court being fully advised in the premises; now, therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same hereby is dismissed with prejudice and without costs or attorneys' fees.

SO ORDERED this 19th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE ROBERT S. LASNIK

STIPULATED MOTION FOR ORDER TO DISMISS
WITH PREJUDICE - 2

1463648.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359